# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| Sundre Sand & Gravel, Inc., | ) | |
| --- | --- | --- |
| | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Hensley R. Lee Contracting, Inc., | ) | Case No. 4:14-cv-071 |
| | ) | |
| Defendant. | ) | |

The bench trial in the above-entitled action shall be rescheduled for August 29, 2017, at 9:00 a.m. in Bismarck (Courtroom 2). A three (3) day trial is anticipated. The final pretrial conference shall be rescheduled for August 15, 2017, at 2:00 p.m. by telephone. The court shall initiate the conference call.

The parties shall report back to the court by June 11, 2017, on the status of their ongoing settlement discussions. If there has been no settlement, the court will proceed at that time to address the pending motion for summary judgment that is currently being held in abeyance.

**IT IS SO ORDERED.**

Dated this 25th day of January, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court