# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sundre Sand & Gravel, Inc., ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 4-14-cv-71 |
| Hensley R. Lee Contracting, Inc., ) | |
| ) | |
| Defendant. ) | |

The court conducted a status conference with the parties on May 15, 2017, during which the parties and the court agreed to reschedule the bench trial in this matter. Accordingly, the bench trial in this matter shall be rescheduled for November 7, 2017, beginning at 9:00 a.m. in Bismarck Courtroom 2. A three (3) day trial is anticipated. The final pretrial conference in this matter will be cancelled as of now and the court will contact the parties at a later date if it determines such a conference to be necessary.

The parties shall report back to the court on or before October 1, 2017, to apprise the court of any progress with regard to a possible settlement of this matter. Until such time, the court will hold the pending motions for summary judgment in abeyance.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court