# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sundre Sand & Gravel, Inc.,  )  )  Plaintiff,  )  )  vs.  )  )  Hensley R. Lee Contracting, Inc.,  )  )  Defendant.  ) | **ORDER**  Case No. 4:14-cv-071 |

The court held a status conference with the parties by telephone on July 20, 2017. Pursuant to the its discussions with the parties, the bench trial scheduled for November 7, 2017, shall be rescheduled for April 17, 2018, at 9:00 a.m. at the U.S. Courthouse in Bismarck, North Dakota (courtroom #2). A three (3) day trial is anticipated. The court shall continue to hold the defendant's pending motions in abeyance pending confirmation from the parties that they are ready for the court to proceed.

**IT IS SO ORDERED.**

Dated this 20th day of July, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court