# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Sundre Sand & Gravel, Inc., | ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | Case No. 4-14-cv-71 |
| Hensley R. Lee Contracting, Inc., | ) ) | |
| Defendant. | ) | |

Before the court is a "Stipulation for Continuance of Trial" filed by the parties. (Doc. No. 71). The stipulation requests the court continue the trial in this matter, which is currently set for April 17, 2018. The parties represent this continuance is necessary to conduct further discovery and for their mutual expert to examine necessary records. The court **ADOPTS** the parties' stipulation. The trial in this matter set for April 17, 2018, is cancelled. The court will conduct a status conference with the parties on February 28, 2018, at 10:00 a.m. via telephone to discuss resetting the trial date. If the parties are prepared to proceed prior to that date, the parties should notify the court.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court