# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Sundre Sand & Gravel, Inc., | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Hensley R. Le Contracting, Inc., | ) | Case No. 4:14-cv-071 |
| Defendant. | ) | |

The undersigned held a status conference in the above-entitled action on October 2, 2018, by telephone. Pursuant to the undersigned's discussion with the parties, the bench trial scheduled for October 9, 2018, shall be rescheduled for January 15, 2019, at 9:00 a.m. in Bismarck (Eagle Courtroom) before the undersigned. A three (3) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court