# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Sundre Sand & Gravel, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hensley R. Lee Contracting, Inc., | ) | Case No. 4:14-cv-071 |
| | ) | |
| Defendant. | ) | |

On June 6, 2019, the parties filed a Stipulation to Dismiss. The court **ADOPTS** the parties'

stipulation (Doc. No. 88). The above-captioned action is **DISMISSED** without legal costs and

attorney's fees to either party.

**IT IS SO ORDERED.**

Dated this 7th day of June, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court